## No. 13,102.

MILNE ET AL. *v.* VAN BEBBER.
(11 P. [2d] 1119)

Decided May 31, 1932.

Judgment affirmed en banc without written opinion.

Mr. V. H. JOHNSON, for plaintiffs in error.

Mr. J. P. DEATHERAGE, for defendant in error.